**FILED**

10/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0472

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0472

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RONALD EUGENE KNAPP,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 22, 2021, within which to prepare, serve, and file its response brief.

**KFS**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 12 2021